## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| RONALD ROBINSON, individually and on behalf of all others similarly situated, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RWLS, LLC, d/b/a RENEGADE SERVICES, MATTHEW GRAY, and RANDY CASSADY, | ) ) ) |
| Defendants. | |

C.A. No. 5:16-cv-00201-OLG-RBF

### CERTIFICATE OF CONFERENCE REGARDING
### <u>PLAINTIFF'S MOTION TO SEVER</u>

    I certify that on May 14, 2018, I conferred with Defendants, and they do not oppose Plaintiff's Motion to Sever (Dkt. #125).

    Respectfully submitted,

*/s/ Travis Gasper*
**J. DEREK BRAZIEL**
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**TRAVIS GASPER**
Texas Bar No. 24096881
gasper@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
jdbraziel@l-b-law.com

**JACK SIEGEL**
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
2820 McKinnon, Suite 5009
Dallas, Texas 75201
P: (214) 790-4454

www.4overtimelawyer.com

**CLIF ALEXANDER**
Texas Bar No. 24064805
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 452-1279 phone
(361) 452-1284 fax
www.a2xlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system as of the date file-stamped thereon.

*/s/ Travis Gasper*
**TRAVIS GASPER**